(Amended Complaint)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER
THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## Instructions for Filing a Complaint by a Prisoner Under the Civil Rights Act, 42 U.S.C. § 1983

**The clerk of the court will not file your complaint unless it conforms to the following instructions.**

IF YOU ARE IN THE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS: To start an action, you must file an original complaint and one copy for the court. All copies of the complaint must be identical to the original. If you are providing exhibits, you must file two copies with your complaint. You also should keep a copy of the complaint and exhibits for your own records. If the court determines that the complaint should be served on one or more defendant, the court will specifically order you to provide further copies for this purpose. Until ordered to do so, do not submit to the court copies of the complaint or exhibits for purposes of service on the defendants.

IF YOU ARE **NOT** IN THE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS: To start an action, you must file an original complaint, one copy for the court and an additional copy for each defendant. All copies of the complaint must be identical to the original. If you are providing exhibits, you must file a copy for each of the defendants. You also should keep a copy of the complaint and exhibits for your own records.

INSTRUCTIONS FOR ALL FILERS: In order for this complaint to be filed, it must be accompanied by the civil action filing fee of $405.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed *in forma pauperis* by completing and signing the attached affidavit. You must also have an authorized officer at the penal institution complete a certificate as to the amount of money and securities on deposit to your credit in your institutional account for the six months immediately preceding the filing of the complaint. **If the court grants you leave to proceed *in forma pauperis*, the civil action filing fee is reduced from $405.00 to $350.00, and you will be required to pay the $350.00 fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the **correct name and address of each person you have named as a defendant.** A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at the address below:

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

DaJuan Antonio Burk's #850615

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Unknown C/O Anderson

Unknown Sergent Darnell

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

2. Is the action still pending? Yes ☐ No ☐

   a. If your answer was no, state precisely how the action was resolved: ______

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? ______

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

   a. If so, explain: ______

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Dajuan Antonio Burks #860615

Place of Present Confinement Bellamy Creek Correctional Facility

Address 1727 West Bluewater Hwy Ionia Mi 48846

Place of Confinement During Events Described in Complaint Bellamy Creek Correct Faci / H-U 4 Bunky Base

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 unknown C/O Anderson

Position or Title Correction's officer

Place of Employment Bellamy Creek Correctional Facility

Address 1727 West Blue Water Hwy Ionia, Mi 48846

Official and/or personal capacity? official & Personal Capacity

Name of Defendant #2 unknown Sergent Darnell

Position or Title Sergent

Place of Employment Bellamy Creek Correctional facility

Address 1727 West Blue water Hwy Ionia, Mi 48846

Official and/or personal capacity? official & Personal Capacity

Name of Defendant #3 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

Name of Defendant #4 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

Name of Defendant #5 __________

Position or Title __________

Place of Employment __________

Address __________

Official and/or personal capacity? __________

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

1. On 4-10-25 C/O Andoson requested a Shake down in Housing unit 4 B-wing Base.

2. At the time I complyed with the order given, C/O Anderson reached into my short's pocket which was not allowed.

3. C/O Anderson then requested for yard staff to escort me to Segregation, were ~~bde~~ cuffed me, cutting off circulation to my wrist and cutting my wrist.

4. I was left in seg showers for 2 hour's in cuff's were I talked to Sergent Darnell, and made the verbal complaint of C/O Anderson fabricated a misconduct in direct violation of department work rule #47 falsifying document's.

5. Sergent Darnell never took my complaint into account and approved the false misconduct and approved me to stay in seg even after I made him awear of the false misconduct.

6. I was forced to go threw the hearing process on 4-30-25 were ~~the~~ All Lanis Judge Armstrong found me "not guilty" based upon institutional video footage, and body camera footage, that showed C/O Anderson never gave me a Direct order to not lower my arm.

7. Were the body camera footage contradict's the misconduct report in my favor to show I was never given any order.

8. C/O Anderson deliberatly filed a false misconduct on me to have me placed in segregation for past history at I.B.C back in 2021.

9. I filed a complaint and a grievance and went ~~threw all~~ step's, ~~at~~ were at all 3 step's was denyed.

10. I made verbal complaint's of the violation of my right's secured under the 14th Amendment substantive due process Right's.

11. Were C/O Anderson & Sergent Darnell both came together in effort's to punish me for fileing past complaint's here at I.B.C in 2021. On staff member's Devin Williams and Blake Butler.

12 Were Sergent Darnell and C/O Anderson is close to these two staff member's who were terminated due to past complaint's.

13. Sergent Darnell duty was to review all misconduct's and make sure they are not false before he endorsed my misconduct.

14. Sergent Darnell never took into account the fact I was telling the truth and failed to investigate my complaint. Without any investigation into my misconduct.

Claim

15. My 14th Amendment substantive due process right's was violated, secured under the constitution of the US.

16. Both defendant's were in a culpable state and acted with deliberate intent to violate my right's. Threw the false misconduct fabricated by C/O Anderson, and sergent Darnell approved the misconduct without any investigation into my complaint.

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Burk's prays for Punitive and nominal damages (Severally and jointly) from Unknown C/O Anderson & Sergent Darnell in both personal & official capacity for injury resulting from the direct falsification of the misconduct falsifyed by C/O Anderson, & Sergent Darnell for failling to investigate and arbitrary approving the misconduct in direct violation of my 14 Amendment ~~Substan~~ Substantive due process rights. Burk's seeks 30,000 in general punitive and nominal damages in both defendant's official and personal capacity.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

2-6-26
**Date**

Dajuan Burks
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.